JUDY M. IRIYE, Bar No. 211360
jiriye@littler.com
SHAHRAM SAMIE, Bar No. 268025
ssamie@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583

Attorneys for Defendants
GEO GROUP, INC. AND
GEO CORRECTIONS HOLDINGS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WEBB,<br><br>Plaintiff,<br><br>v.<br><br>GEO GROUP, INC.; GEO CORRECTIONS HOLDINGS, INC.; GEO CORRECTIONS; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:16-CV-02747 BRO-E<br><br>[PROPOSED] **ORDER GRANTING JOINT STIPULATION RE: PROTECTIVE AND CLAWBACK ORDER**<br><br>Complaint Filed in Los Angeles Superior Court: March 17, 2016<br>Trial Date: May 2, 2017 |

## ORDER

The Court, having read and considered the Joint Stipulation regarding [Proposed] Protective and Clawback Order of Plaintiff William Webb and Defendants GEO Group Inc. and GEO Corrections Holdings, Inc., and good cause appearing therefore,

IT IS HEREBY ORDERED that the Parties' Joint Stipulation for a Protective and Clawback Order is GRANTED.

Dated: 1/18, 2016

HON. CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

Firmwide:143183086.4 080853.1017