UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WEBB,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>GEO GROUP, INC.; GEO CORRECTIONS HOLDINGS, INC.; GEO CORRECTIONS; and DOES 1 through 100, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 2:16-CV-02747 BRO-E<br><br>**ASSIGNED TO HON. JUDGE BEVERLY REID O'CONNELL**<br><br>**ORDER GRANTING JOINT STIPULATION RE DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(A)(1)**<br><br>Trial Date:　NONE SET |

**ORDER**

Based on the Joint Stipulation re: Dismissal with Prejudice Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), it is hereby ordered that the entire action is dismissed, with prejudice. Each party shall bear his or its own attorneys' fees and costs in this action.

IT IS SO ORDERED.

DATED: May 12, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge

1.